Decision Per Curiam.

W. L. Powell, Appellant, vs. The Florida Land and Improvement Company, Appellee.

### DIVISION B.

Appeal from Circuit Court, Sumter county; William A. Hocker, Judge.

*Anderson & Hocker,* for Appellant.

*L. G. Starbuck,* for Appellee.

Memorandum Decisions.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. The decree is affirmed.